941 A.2d 1262

Lucy AWA–MADEZIA

v.

NEMATI CAB COMPANY and David R. Adenyi
and Jamal Sadir Greene and Emanuel Uso
d/b/a/ Budget Auto Repair

v.

Kenneth Amissah, an Incompetent Through
His Legal Guardian, Milady Simpson

Petition of Lucy Awa–Madezia.

No. 90 EM 2007.

Supreme Court of Pennsylvania.

Feb. 7, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of February, 2008, the Application for Relief is hereby **DENIED.**

Justice TODD did not participate in this matter.